IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHATORIA KIERRA PITTS, *

Plaintiff, *

v. Case No. 5:25-cv-00347-CAR
*

MACON WATER AUTHORITY , *

Defendant. *

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated October 9, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 9th day of October, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk